IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROGER L. TARRANT, ET AL. | § | |
| v. | § | CIVIL ACTION NO. 9:07CV80 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

     The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of Defendant's Motion for Summary Judgment as to Plaintiff Robert Amrein (document #76) has been presented for consideration.  The Report and Recommendation recommends that the motion be granted in part and denied in part, such that the claims of Robert Amrein concerning injuries to his wrists, forearms, elbows, shoulders and ankles be dismissed with prejudice, but that the motion be denied as to his claim concerning injury to his lower back.  Plaintiff filed written objections on May 8, 2008.

     Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. The findings and conclusions of the Magistrate Judge are hereby adopted as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion for Summary Judgment as to Plaintiff Robert Amrein (document #76) is **GRANTED** in part and **DENIED** in part.  The claims of Robert Amrein concerning injuries to his wrists, forearms, elbows, shoulders and ankles are **DISMISSED** with prejudice.  The motion is denied as to Robert Amrein's claims concerning injury to his lower back.

**SIGNED** this the **19** day of **May, 2008.**

_____
Thad Heartfield
United States District Judge